

**MANDATE**

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO 2 OF BELL COUNTY, GREETINGS:

On July 29, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Gregory Alan Aleman v. Texas Department of Public Safety

Court of Appeals No. 15-25-00097-CV
Trial Court No. 24CCV00873

The Court of Appeals entered the following judgment or order:

Today the Court heard appellee's unopposed motion to dismiss the appeal from the judgment signed by the court below on January 16, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gregory Alan Aleman.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 10, 2025

CHRISTOPHER A. PRINE, CLERK